IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JOSEPH LEROY DAYRINGER, Register No. 161097, and JAMES ERIC MANSFIELD, Register No. 191434, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 08-4128-CV-C-SOW ) |
| DAVID WEBSTER, et al., | ) ) |
| Defendants. | ) |

## ORDER

On March 18, 2009, United States Magistrate Judge William A. Knox recommended that defendants' motion to dismiss be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 18, 2009, is adopted. [23] It is further

ORDERED that defendants' motion to dismiss is denied. [19]

        /s/ Scott O. Wright
        SCOTT O. WRIGHT
        Senior United States District Judge

DATED: May 19, 2009